FILED
AUG 22 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE JOHNSTON
Magistrate Judge Schneider

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> vs. <br> JAMARIUS HOLMAN | No. 23 CR 50032 <br> Violation: Title 18, United States Code, Section 922(a)(6) |

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about May 27, 2023, at Loves Park, in the Northern District of Illinois, Western Division,

JAMARIUS HOLMAN,

defendant herein, in connection with the acquisition of a firearm, namely, a Glock Model 20 Gen 5 10-milimeter pistol, bearing serial number CATP727, from Leo's Guns and Range, located in Loves Park, Illinois, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Leo's Guns and Range, which statement was intended and likely to deceive Leo's Guns and Range as to a fact material to the lawfulness of such sale of the firearm and acquisition of the firearm by defendant under Title 18, United States Code, Chapter 44, in that defendant represented on Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6) as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited is a Glock Model 20 Gen 5 10-milimeter pistol with serial number CATP727, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

*Morris Pasqual by RD JR*
ACTING UNITED STATES ATTORNEY

2